PATRICIA HARVEY *v.* RALPH HARVEY

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 915 (AC 12435), is denied.

*Ralph Harvey,* pro se, in support of the petition.

Decided December 12, 1994

STATE OF CONNECTICUT *v.* GERROD ELLIS

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 916 (AC 13386), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Neal Cone,* assistant public defender, in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided December 12, 1994

STAMFORD HOSPITAL *v.* NELLY E. VEGA

The defendant's petition for certification for appeal from the Appellate Court (AC 13998) is granted, limited to the following issue: